# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND,<br><br>                   Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY, et al.,<br><br>                   Defendants. | C.A. No.: 1:17-cv-00204-WES-PAS |

## [PROPOSED] CASE MANAGEMENT ORDER

This Case Management Order ("CMO") memorializes certain pretrial deadlines for court ordered briefing directed to "past costs" and fact discovery.

**I.     "Past Cost" Sites Briefing Schedule**

The parties are hereby directed to brief the issue of whether Plaintiff is entitled to past costs damages at the 616 sites where the Underground Storage Tank Financial Responsibility Fund reimbursed responsible parties for performing site cleanups according to the following schedule:

    A.  Defendants' Motion Due: 21 days from the date of this Order, or _____, 2020;

    B.  Plaintiff's Response Due: 21 days from Defendants' Motion, or _____, 2020;

    C.  Defendants' Reply Due:   14 days from Plaintiff's Response, or _____, 2020;

    D.  Oral Argument on a date set by the Court.

**II.    Discovery**

    A.  As of November 4, 2019, the parties could engage in written non-site-specific discovery.  That discovery shall continue.

    B. The parties shall engage in site-specific discovery relating to the 93 "future cost" sites and 12 wells that were identified by the State on July 2, 2020 in RI-SITEREM-1017510 and that are identified in the document attached hereto as Exhibit 1.

### III.    Status Conference

Within three (3) months of this Order, or at the court's discretion and convenience, the Court shall set a status conference at which the parties shall reconvene with the Court to discuss progress and next steps.

This schedule may be modified only for good cause and with the Court's approval.

IT IS SO ORDERED.

_____
William E. Smith
Judge
Date:    _____, 2020

# Exhibit 1 to

# [Proposed] Case Management Order

Open Sites

| ProjectID | USTNO | Facility | Address | City |
|---|---|---|---|---|
| 0307-LS | UST-1311 | MIDWAY AUTO SALES | 216 MAIN ST | BURRILLVILLE |
| 0788-ST | UST-18460 | CENTRAL POWER PLANT, MHRH | 601 POWER RD | CRANSTON |
| 1073-LS | UST-1292 | EAST PROVIDENCE GARAGE (D.O.T.) | 31 SACHEM RD | EAST PROVIDENCE |
| 1106-LS | UST-1282 | LADD CENTER | RTE. 102 | EXETER |
| 1627-LS | UST-3026 | DRSM MART | 2701 HARTFORD AVE | JOHNSTON |
| 2023-LS | UST-505 | WESTLAKE'S GARAGE | 707 POINT JUDITH RD | NARRAGANSETT |
| 2260-LS | UST-601 | NEWPORT WATER TREATMENT PLANT | BLISS MINE RD | NEWPORT |
| 2270-LS | UST-255 | BROADWAY AUTO REPAIR | 311 BROADWAY | NEWPORT |
| 2337-LS | UST-1485 | WICKFORD SHIPYARD, INC. | 125 STEAMBOAT AVE | NORTH KINGSTOWN |
| 2501-LS | UST-807 | SHELL | 780 GREAT RD | NORTH SMITHFIELD |
| 26105-LS | UST-808 | JOE'S CEDAR ST. SHELL | 71 CEDAR ST | PAWTUCKET |
| 28157-LS | UST-1042 | D'AMBRA'S SERVICE STATION | 761 HOPE ST | PROVIDENCE |
| 28250-ST | UST-2625 | F.D. MCKENDALL LBR.CO., INC. | 735 ELMWOOD AVE | PROVIDENCE |
| 3021-LS | UST-1291 | R.I. DEPARTMENT OF TRANSPORTATION - MA | 23 SPRINGBROOK RD | SCITUATE |
| 3131-LS | UST-380 | ROUTE 44 SERVICE CENTER | 270 PUTNAM AVE | SMITHFIELD |
| 3410-LS | UST-384 | BILL'S TOWING AND AUTO REPAIR | 516 CHILD ST | WARREN |
| 3423-ST | UST-2800 | MAIN STREET SCHOOL | 689 MAIN ST | WARREN |
| 3546-LS | UST-3138 | HERB'S TOWING | 2648 WEST SHORE RD | WARWICK |
| 3756-LS | UST-626 | QUAKER LANE GAS, LLC | 425 QUAKER LN | WEST WARWICK |
| 0713-LS | UST-15319 | FIVE THIRTY WELLINGTON, INC. | 530 WELLINGTON AVE | CRANSTON |
| 1203-LS | UST-291 | STAR PETRO | 173 DANIELSON PIKE | FOSTER |
| 1208-LS | UST-18250 | SUPREME POOL | 187 DANIELSON PIKE | FOSTER |
| 1409-LS | UST-457 | EDWARDS GARAGE, INC. | 835 MAIN ST | HOPKINTON |
| 1945-LS | UST-450 | CAMBRIDGE STATION #68009 | 795 WEST MAIN RD | MIDDLETOWN |
| 1949-LS | UST-778 | CUMBERLAND FARMS, INC. #3850 | 94 AQUIDNECK AVE | MIDDLETOWN |
| 1957-LS | UST-800 | COLBEA ENTERPRISES, LLC | 1149 WEST MAIN RD | MIDDLETOWN |
| 2002-LS | UST-440 | SHELL COLBEA ENTERPRISES, LLC | 1015 BOSTON NECK RD | NARRAGANSETT |
| 2012-LS | UST-745 | CUMBERLAND FARMS, INC. #3811 | 865 POINT JUDITH RD | NARRAGANSETT |
| 2101-LS | UST-47 | BLOCK ISLAND POWER COMPANY | 100 OCEAN AVE | NEW SHOREHAM |
| 2334A-LS | UST-1524 | WICKFORD AUTO STATION, INC. - MOBIL | 43 WEST MAIN ST | NORTH KINGSTOWN |
| 2605-LS | UST-620 | SUNOCO #0006-0582 | 35 CEDAR ST | PAWTUCKET |
| 2705A-LS | UST-1287 | PORTSMOUTH GARAGE (D.O.T.) | 171 ANTHONY RD | PORTSMOUTH |
| 2904-LS | UST-1017 | GLOBAL MONTELLO GROUP #2548 | 1214 MAIN ST | RICHMOND |

Open Sites

| | | | | |
|---|---|---|---|---|
| 3004-LS | UST-987 | CHOPMIST HILL SUNOCO | 1045 DANIELSON PIKE | SCITUATE |
| 3009-LS | UST-631 | SUNOCO #0005-9758 | 2654 HARTFORD PIKE | SCITUATE |
| 3205-LS | UST-635 | SUNOCO #0006-1044 | 491 MAIN ST | SOUTH KINGSTOWN |
| 0329-LS | UST-692 | PASCOAG MAIN STREET SERVICE STATION INC | 24 NORTH MAIN ST | BURRILLVILLE |
| 0512-LS | UST-2268 | SUNOCO | 4063 SOUTH COUNTY TRL | CHARLESTOWN |
| 0917-LS | UST-773 | CUMBERLAND FARMS, INC. #3845 | 3323 SOUTH COUNTY TRL | EAST GREENWICH |
| 2816-LS | UST-1520 | LASALLE SERVICE STATION | 1055 SMITH ST | PROVIDENCE |
| 28278-LS | UST-4194 | NEW ENGLAND PETROLEUM TERMINAL | 130 TERMINAL RD | PROVIDENCE |
| 3315-LS | UST-3617 | GEORGE'S GAS AND SERVICE | 1215 STAFFORD RD | TIVERTON |
| 3832A-LS | UST-506 | 7-ELEVEN #32509 | 11 POST RD | WESTERLY |
| 07109-LS | UST-608 | GARDEN CITY XTRA MART | 875 PONTIAC AVE | CRANSTON |
| 0775-LS | UST-3016 | GAS N GO | 717 PARK AVE | CRANSTON |
| 0802-LS | UST-430 | DIAMOND HILL SHELL | 2095 DIAMOND HILL RD | CUMBERLAND |
| 1012-LS | UST-436 | SHELL COLBEA ENTERPRISES, LLC | 2200 PAWTUCKET AVE | EAST PROVIDENCE |
| 1023A-LS | UST-493 | GETTY/POWER TEST TERMINAL | 9 DEXTER RD | EAST PROVIDENCE |
| 1027A-LS | UST-642 | SUNOCO | 481 WARREN AVE | EAST PROVIDENCE |
| 1080-LS | UST-1912 | EAST PROVIDENCE AUTO ELECTRIC SERVICE | 111 WARREN AVE | EAST PROVIDENCE |
| 1090-LS | UST-1058 | FORMER CUMBERLAND FARMS, INC #3878 | 2261 PAWTUCKET AVE | EAST PROVIDENCE |
| 1407-LS | UST-3432 | TOWN OF HOPKINTON/CRANDALL HOUSE | 188 A MAIN ST | HOPKINTON |
| 1635-LS | UST-1679 | JOHNSTON GAS, INC. | 1209 HARTFORD AVE | JOHNSTON |
| 2001-LS | UST-1016 | STOP AND SHOP FUELING FACILITY STORE #7166 POINT JUDITH RD | | NARRAGANSETT |
| 2211-LS | UST-803 | NEWPORT SHELL | 138 J. T. CONNELL MEMORIAL | NEWPORT |
| 2517-ST | UST-3599 | GLAS-KRAFT/SLATERSVILLE RIVER PROP.,INC. | 1 RAILROAD AVE | NORTH SMITHFIELD |
| 2519-LS | UST-371 | NORTH SMITHFIELD HIGHWAY GARAGE | 281 QUAKER HWY | NORTH SMITHFIELD |
| 2524-ST | UST-3599 | GLAS-KRAFT/SLATERSVILLE RIVER PROP.,INC. | 1 RAILROAD AVE | NORTH SMITHFIELD |
| 2525-LS | UST-3240 | CUMBERLAND FARMS, INC. #3858 | 901 VICTORY HWY | NORTH SMITHFIELD |
| 2615-ST | UST-1422 | GOFF JUNIOR HIGH SCHOOL | 974 NEWPORT AVE | PAWTUCKET |
| 28262-LS | UST-910 | SHELL | 152 ANGELL ST | PROVIDENCE |
| 3260-LS | UST-455 | NECG #68646 | 4087 TOWER HILL RD | SOUTH KINGSTOWN |
| 3303A-LS | UST-639 | TIVERTON SUN | 497 MAIN RD | TIVERTON |
| 3405-LS | UST-814 | WARREN SHELL | 585 METACOM AVE | WARREN |
| 3415-LS | UST-606 | IGGY'S FOODMART | 292 MARKET ST | WARREN |
| 3526-LS | UST-1622 | ZERO POINT INC. | 885 POST RD | WARWICK |
| 3530-LS | UST-442 | TEXACO SERVICE STATION | 1669 WARWICK AVE | WARWICK |

Open Sites

| | | | | |
|---|---|---|---|---|
| 3587-LS | UST-752 | GULF EXPRESS | 1196 WEST SHORE RD | WARWICK |
| 3592-LS | UST-416 | FAST GAS | 4184 POST RD | WARWICK |
| 3704-LS | UST-741 | CUMBERLAND FARMS, INC. #3807 | 704 MAIN ST | WEST WARWICK |
| 3833A-LS | UST-1505 | GLOBAL MONTELLO GROUP #2741 | 10 EAST AVE | WESTERLY |
| 0601A-LS | UST-787 | SHELL | 642 WASHINGTON ST | COVENTRY |
| 0601B-LS | UST-787 | SHELL | 642 WASHINGTON ST | COVENTRY |
| 0602-LS | UST-786 | COLBEA ENTERPRISES, LLC | 866 TIOGUE AVE | COVENTRY |
| 0701-LS | UST-874 | SPEEDWAY #2830 | 475 RESERVOIR AVE | CRANSTON |
| 0741-LS | UST-1909 | SPEEDY GAS, INC. | 95 WARWICK AVE | CRANSTON |
| 0748-LS | UST-1138 | SHREE MAA OF RI, INC. | 480 PONTIAC AVE | CRANSTON |
| 0786-LS | UST-653 | LUCKY PT INC | 873 CRANSTON ST | CRANSTON |
| 1074-LS | UST-478 | JUDE, INC. | 2336 PAWTUCKET AVE | EAST PROVIDENCE |
| 1941-LS | UST-970 | NEWPORT AUTOCENTER | 1235 WEST MAIN RD | MIDDLETOWN |
| 2102-LS | UST-569 | PENNINGTON SPRAGUE CO. INC., THE | OCEAN AVE | NEW SHOREHAM |
| 2338-LS | UST-301 | SPEEDWAY #2823 | 1820 BOSTON NECK RD | NORTH KINGSTOWN |
| 28214-LS | UST-3137 | ROGER WILLIAMS PARK | 1000 ELMWOOD AVE | PROVIDENCE |
| 28280-ST | UST-2369 | RHODE ISLAND STATE HOUSE | 82 SMITH ST | PROVIDENCE |
| 2828-LS | UST-647 | R.I. PUBLIC TRANSIT AUTHORITY | 265 MELROSE ST | PROVIDENCE |
| 2848-LS | UST-1483 | VINNIE DUVA'S STATION, INC. | 435 MOUNT PLEASANT AVE | PROVIDENCE |
| 2906A-LS | UST-3011 | CHARIHO MIDDLE SCHOOL | SWITCH RD | RICHMOND |
| 3213-LS | UST-2778 | MALIN BAY LLC | 2949 TOWER HILL RD | SOUTH KINGSTOWN |
| 3501A-LS | UST-1840 | SPEEDWAY #2816 | 61 AIRPORT RD | WARWICK |
| 35110-LS | UST-2150 | DAVIE'S SERVICE CTR. - CITGO | 1008 WEST SHORE RD | WARWICK |
| 35140-LS | UST-3584 | WARWICK SHELL | 2211 WEST SHORE RD | WARWICK |
| 3528-LS | UST-2986 | 1836 REALTY CORP. | 1836 WARWICK AVE | WARWICK |
| 3565-LS | UST-1137 | COASTAL GAS | 568 WARWICK AVE | WARWICK |

Wells

| Column1 | Column2 | Column3 | Column4 | Column5 |
|---|---|---|---|---|
| 5 OIL MILL LANE | CHEPACHET | RI | 02814 | PRIVATE WELL OWNER |
| 21, DANIELSON PIKE | NORTH SCITUATE | RI | 02857 | PRIVATE WELL OWNER |
| 419 ALBION ROAD | LINCOLN | RI | 02865 | PRIVATE WELL OWNER |
| 1195 PUTNAM PIKE LLC | | | | Public Water System |
| FOSTER XTRA MART | | | | Public Water System |
| GLOCESTER TOWN HALL-SCHOOL ADMINISTRATIO | | | | Public Water System |
| GREENWICH VILLAGE NURSERY SCHOOL, INC. | | | | Public Water System |
| PAIGE ASSOCIATES | | | | Public Water System |
| PARADISE MOTEL PARK | | | | Public Water System |
| SCITUATE COMMONS | | | | Public Water System |
| SCITUATE VILLAGE PLAZA | | | | Public Water System |
| THE VILLAGE ON CHOPMIST HILL | | | | Public Water System |