# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

State of Rhode Island,

      Plaintiff,

      v.

Atlantic Richfield Company, et al.,

      Defendants.

**1:17-cv-00204-WES-PAS**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER, having been amicably resolved between Plaintiff State of Rhode Island

and Defendant Total Petrochemicals & Refining USA, Inc. ("TPRI"), the parties hereby stipulate

to the voluntary dismissal with prejudice of all claims against TPRI in this action, with each party

bearing its own attorneys' fees and costs and all rights of appeal waived.

IT IS SO ORDERED THIS _____ DAY OF _____ 2021

_____
Honorable William E. Smith
United States District Court Judge

ATTORNEY GENERAL PETER F. NEROHNA

By: /s/ Neil F.X. Kelly
Neil F.X. Kelly
Assistant Attorney General and Deputy Chief
of the Civil Division (Bar No. 4515)
150 South Main Street
Providence, RI 02903
Phone:  (401) 274-4400 ext. 2284
Email:  nkelly@riag.ri.gov

Carla Burke Pickrel (admitted *pro hac vice*)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-3605
Phone:  (214) 521-3605
Email:  cburkepickrel@baronbudd.com

Benjamin A. Krass (admitted *pro hac vice*)
Hagens Berman Sobol Shapiro LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Phone:  (617) 641-9550
Email:  benk@hbsslaw.com

William A. Walsh (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Phone:  (212) 558-5500
Email:  wwalsh@weitzlux.com

*Attorneys for the State of Rhode Island*

JONES DAY

By: */s/ Christopher H. Domingo*
Christopher H. Domingo
Diane L. Myers
717 Texas, Suite 3300
Houston, TX  77002
Tel: (832) 239-3939
Fax: (832) 239-3600
Email:  chdomingo@jonesday.com
Email:  dmyers@jonesday.com

Traci L. Lovitt
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3939
Fax: (212) 755-7306
Email:  tlovitt@jonesday.com

*Attorneys for Total Petrochemicals & Refining USA, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of March, 2021, I filed and served this document through the electronic filing system on the attorneys of record. The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

*/s/ Neil  F.X. Kelly*